MITCHELL J. LANGBERG, ESQ.
NV Bar No. 10118
mlangberg@bhfs.com
ERIC D. WALTHER, ESQ.
NV Bar No. 13611
ewalther@bhfs.com
**BROWNSTEIN HYATT FARBER SCHRECK, LLP** 100
North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone:  702.382.2101
Facsimile:   702.382.8135

JONATHAN A. SHAPIRO, ESQ. (*pro hac vice forthcoming*)
*JShapiro@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: 415.733.6000
Facsimile: 415.677.9041

AARON S. THOMPSON (*pro hac vice forthcoming*)
*AThompson@goodwinlaw.com*
**GOODWIN PROCTER LLP**
520 Broadway, Suite 500
Santa Monica, CA 90401
Telephone: 424.252.6400
Facsimile: 424.252.6401

*Attorneys for Defendant Prime Trust LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AUSTIN WARD, DAVID KREVAT, and NABIL MOHAMAD, individually and on behalf of others similarly situated,<br>Plaintiffs,<br>v.<br>PRIME TRUST, LLC; and DOES 1-10,<br>Defendant(s). | Case No. 2:22-cv-02034-APG-EJY<br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFFS' COMPLAINT**<br>**(First Request)** |

**STIPULATION**

Pursuant to Local Rules IA 6-1, IA 6-2, and 7-1, it is hereby stipulated and agreed by and among Defendant Prime Trust, LLC ("Prime Trust") and Plaintiffs Austin Ward, David Krevat, and Nabil Mohamad (collectively "Plaintiffs") that:

1. On November 2, 2022, Plaintiffs commenced this action by filing a complaint in the

1

25007332.1

Eighth Judicial District Court of Clark County, Nevada as Case No. A-22-860739B ("State Court Action").

2. On December 7, 2022, Prime Trust removed the case to this Court. ECF No. 1.

3. Plaintiffs intend to file a Motion to Remand the case to state court.

4. To accommodate conflicts created by the upcoming holiday season, the Parties agree to the following briefing schedule:

| Event | Date |
|---|---|
| Plaintiffs' Proposed Motion to Remand | |
| Deadline for Plaintiffs to file Motion to Remand | December 30, 2022 |
| Deadline for Prime Trust to oppose Plaintiffs' Motion to Remand | January 20, 2023 |
| Deadline for Plaintiffs' Reply in Support of the Motion to Remand | February 3, 2023 |
| Prime Trust's Response to the Complaint | |
| Deadline for Prime Trust to respond to the Complaint | January 27, 2023 |
| Deadline for Plaintiffs to oppose any motion filed by Prime Trust in response to the Complaint | February 24, 2023 |
| Deadline for Prime Trust's Reply in Support of any motion filed in response to the Complaint | March 10, 2023 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

25007332.1

5. This is the Parties' first request for an extension of any deadline in this case. The requested extension is not intended to cause any delay or to prejudice any party.

| | |
|---|---|
| KEMP JONES, LLP | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
| By: */s/ Mona Kaveh*<br>MICHAEL GAYAN, ESQ.<br>NV Bar No. 11135<br>MONA KAVEH, ESQ.<br>NV Bar No. 11825<br>3800 Howard Hughes Parkway, 17th Floor<br>Las Vegas, NV 89169 | By: *Eric D. Walther*<br>MITCHELL J. LANGBERG, ESQ.<br>NV Bar No. 10118<br>ERIC D. WALTHER, ESQ.<br>NV Bar No. 13611<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106 |
| JULIE ERICKSON, ESQ.<br>(*pro hac vice forthcoming*)<br>ELIZABETH KRAMER<br>(*pro hac vice forthcoming*)<br>KEVIN OSBORN<br>(*pro hac vice forthcoming*)<br>ERICKSON KRAMER OSBORNE LLP<br>44 Tehama Street<br>San Francisco, CA 94105<br><br>*Attorney for Plaintiffs* | JONATHAN A. SHAPIRO, ESQ.<br>(*pro hac vice forthcoming*)<br>GOODWIN PROCTER LLP<br>Three Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br><br>AARON S. THOMPSON, ESQ.<br>(*pro hac vice forthcoming*)<br>GOODWIN PROCTER LLP<br>520 Broadway, Suite 500<br>Santa Monica, CA 90401<br>*Attorneys for Defendant Prime Trust, LLC* |

**ORDER**

**IT IS SO ORDERED**.

_____
U.S. MAGISTRATE JUDGE

DATED: December 14, 2022