# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AUSTIN WARD, DAVID KREVAT, and NABIL MOHAMAD,<br><br>　　　　Plaintiffs<br><br>v.<br><br>PRIME TRUST, LLC,<br><br>　　　　Defendant | Case No.: 2:22-cv-02034-APG-EJY<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of defendant Prime Trust, LLC's response to the order to show cause (ECF No. 17),

I ORDER that the order to show cause (ECF No. 5) is satisfied and I will not remand this case for lack of subject matter jurisdiction.

DATED this 21st day of December, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE