# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AUSTIN WARD, et al.,<br><br>    Plaintiffs<br><br>v.<br><br>PRIME TRUST, LLC,<br><br>    Defendant | Case No.: 2:22-cv-02034-APG-EJY<br><br>**Order** |

Nevada state district court judge Susan Johnson recently appointed John Guedry as receiver for defendant Prime Trust, LLC. *See Sandy O'Laughlin v. Prime Core Technologies, Inc., et al.*, Case No. A-23-872963-B, order dated July 14, 2023.

I ORDER the parties to file a joint status report by August 24, 2023 regarding how this development impacts this case generally and the pending motions in particular.

I FURTHER ORDER the plaintiffs to serve a copy of this order on the newly appointed receiver, John Guedry.

DATED this 19th day of July, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE