# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AUSTIN WARD, et al., | Case No.: 2:22-cv-02034-APG-EJY |
| Plaintiffs | **Order** |
| v. | |
| PRIME TRUST, LLC, | |
| Defendant | |

In light of the notice of suggestion of bankruptcy (ECF Nos. 54, 55) filed by defendant Prime Trust, LLC,

I ORDER that all pending motions **(ECF Nos. 28, 30, 41) are DENIED without prejudice** to file in the bankruptcy proceeding or to refile in this court if the automatic bankruptcy stay is lifted.

I FURTHER ORDER that this action is STAYED due to the defendant's bankruptcy proceedings. Any party may move to lift the stay if given approval to do so by the bankruptcy court or if the bankruptcy proceedings conclude.

DATED this 23rd day of August, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE