**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AUSTIN WARD, et al., | Case No.: 2:22-cv-02034-APG-EJY |
| Plaintiffs | **Order for Status Report** |
| v. | |
| PRIME TRUST, LLC, | |
| Defendant | |

    This case has been stayed for over two years after the defendant filed a notice of bankruptcy. ECF Nos. 54, 56. I direct the parties to confer on whether this case has already been resolved through the bankruptcy proceedings and should therefore be closed, whether it should remain open, or whether it should be administratively closed without prejudice to any party reopening the case if it is not resolved through the bankruptcy proceeding.

    I THEREFORE ORDER that by September 29, 2025, the parties must file a joint status report addressing these issues. If the parties disagree, they can state their opposing positions in the joint status report.

    DATED this 14th day of September, 2025.

                                        ANDREW P. GORDON
                                        CHIEF UNITED STATES DISTRICT JUDGE