1  **SALTZMAN MUGAN DUSHOFF**
   JOEL Z. SCHWARZ
2  Nevada Bar No. 008539
   E-Mail:     jschwarz@nvbusinesslaw.com
3  NATICE L. LOCKE
   Nevada Bar No. 015270
4  Email:      nlocke@nvbusinesslaw.com
   1835 Village Center Circle
5  Las Vegas, Nevada 89134
   Telephone:  (702) 405-8500
6  Facsimile:  (702) 405-8501

7  **MCDERMOTT WILL & SCHULTE LLP**
   DARREN AZMAN (*Pro Hac Vice* Forthcoming)
8  Email:      dazman@mwe.com
   JOSEPH B. EVANS (*Pro Hac Vice* Forthcoming)
9  Email:      jbevans@mwe.com
   JAMES A. PARDO (Pro Hac Vice Forthcoming)
10 Email:      jpardo@mwe.com
   J. GREER GRIFFITH (*Pro Hac Vice* Forthcoming)
11 Email:      ggriffith@mwe.com
   CRISTOPHER W. RAY (*Pro Hac Vice* Forthcoming)
12 One Vanderbilt Avenue
   New York, NY 10017-3852
13 Telephone: 212-547-5400

14 *Attorneys for Defendant*
   *Prime Trust, LLC*
15

16                **IN THE UNITED STATES DISTRICT COURT**

17                       **FOR THE DISTRICT OF NEVADA**

18 | AUSTIN WARD, DAVID KREVAT, and      | CASE NO. 2:22-cv-02034-APG-EJY
19 | NABIL MOHAMAD, individually and on  |
   | behalf of others similarly situated,|
20 |              Plaintiffs,            | **SUBSTITUTION OF ATTORNEYS**
21 |              vs.                    |
22 | PRIME TRUST, LLC; and DOES 1-10,    |
23 |              Defendants.            |

25     Defendant Prime Trust, LLC[1] hereby substitutes Joel Z. Schwarz and Natice L. Locke

26 of the law firm of Saltzman Mugan Dushoff and Darren Azman, Joseph B. Evans, James A.

27 ─────────────────────

28 [1]  The Debtors in *In re: Prime Core Technologies Inc., et al.*, No. 23-11161 (Bankr. D. Del. 2023) (the
   "Chapter 11 Cases"), along with the last four digits of each debtor's federal tax identification number, are:

Pardo, J. Greer Griffith, and Cristopher Ray of the law firm of McDermott Will & Schulte LLP, as their attorneys of record in the above-entitled action in the place and stead of Shamus S. Flynn of the law firm of Flynn Law Group, PC, Daniel R. Giudici of the law firm of Flynn Giudici, PLLC, and Jonathan A. Shapiro, Aaron S. Thompson, and Natalie R. Garson of the law firm of Goodwin Procter LLP.

DATED this 30th day of October 2025.

By  /s/ David Dunn
DAVID DUNN
Principal of Province Fiduciary Services, LLC, solely in its capacity as Plan Administrator for the Debtors

I hereby consent to the substitution of Joel Z. Schwarz and Natice L. Locke of the law firm of Saltzman Mugan Dushoff and Darren Azman, Joseph B. Evans, James A. Pardo, J. Greer Griffith, and Cristopher Ray of the law firm of McDermott Will & Schulte LLP, as attorneys of record for Defendant Prime Trust, LLC in the above-entitled action, in the place and stead of Shamus S. Flynn of the law firm of Flynn Law Group, PC, Daniel R. Giudici of the law firm of Flynn Giudici, PLLC, and Jonathan A. Shapiro, Aaron S. Thompson and Natalie R. Garson of the law firm of Goodwin Procter LLP.

DATED this 30th day of October 2025.

**FLYNN LAW GROUP, PC**

By  /s/ Shamus S. Flynn
SHAMUS S. FLYNN
Nevada Bar No. 14870
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169

---

Prime Core Technologies, Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528) (collectively, the "Debtors"). David Dunn, Principal of Province Fiduciary Services, LLC, is the plan administrator (the "Plan Administrator") for the Debtors in the Chapter 11 Cases.

**FLYNN GIUDICI, PLLC**

By  /s/ Daniel R. Guidici
DANIEL R. GIUDICI
Nevada Bar No. 15228
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169

**GOODWIN PROCTER LLP**

By  Aaron S. Thompson
JONATHAN A. SHAPIRO
Three Embarcadero Center, 28th Floor
San Francisco, CA 94111

AARON S. THOMPSON
NATALIE R. GARSON
520 Broadway, Suite 500
Santa Monica, CA 90401

Joel Z. Schwarz and Natice L. Locke of the law firm of Saltzman Mugan Dushoff are duly admitted to practice in this District and agree to be substituted in the place and stead of Shamus S. Flynn of the law firm of Flynn Law Group, PC, Daniel R. Giudici of the law firm of Flynn Giudici, PLLC, and Jonathan A. Shapiro, Aaron S. Thompson and Natalie R. Garson of the law firm of Goodwin Procter LLP, in the above-entitled action for Defendant Prime Trust, LLC.

DATED this 30th day of October 2025.

**SALTZMAN MUGAN DUSHOFF**

By  /s/ Joel Z. Schwarz
JOEL Z. SCHWARZ
Nevada Bar No. 008539
NATICE L. LOCKE
Nevada Bar No. 015270
1835 Village Center Circle
Las Vegas, Nevada  89134

*Attorneys for Defendant
Prime Trust, LLC*

1  Darren Azman, Joseph B. Evans, James A. Pardo, J. Greer Griffith, and Cristopher Ray
2  of the law firm of McDermott Will & Schulte LLP, will be duly admitted to practice in this
3  District once their Pro Hac Vice Applications are granted and agree to be substituted in the
4  place and stead of Shamus S. Flynn of the law firm of Flynn Law Group, PC, Daniel R. Giudici
5  of the law firm of Flynn Giudici, PLLC, and Jonathan A. Shapiro, Aaron S. Thompson and
6  Natalie R. Garson of the law firm of Goodwin Procter LLP, in the above-entitled action for
7  Defendant Prime Trust, LLC.

DATED this 30th day of October 2025.

**MCDERMOTT WILL & SCHULTE LLP**

By   */s/ J. Greer Griffith*
DARREN AZMAN (*Pro Hac Vice* Forthcoming)
JOSEPH B. EVANS (*Pro Hac Vice* Forthcoming)
JAMES A. PARDO (*Pro Hac Vice* Forthcoming)
J. GREER GRIFFITH (*Pro Hac Vice* Forthcoming)
CRISTOPHER RAY (*Pro Hac Vice* Forthcoming)
New York, NY 10017-3852
Telephone: 212-547-5400

*Attorneys for Defendant*
*Prime Trust, LLC*

**APPROVED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   October 30, 2025

---

*Austin Ward, et al. v. Prime Trust, LLC, et al.*, Case No. 2:22-cv-02034-APG-EJY
Substitution of Attorneys