1
2
3
4
5
6 **UNITED STATES DISTRICT COURT**
7 **DISTRICT OF NEVADA**

8  AUSTIN WARD, DAVID KREVAT, and          )    Case # 2:22-cv-02034-APG-EJY
9  NABIL MOHAMAD, individually and on       )
   behalf of others similarly situated,     )
10            Plaintiff(s),                  )    **VERIFIED PETITION FOR**
                                             )    **PERMISSION TO PRACTICE**
11       vs.                                 )    **IN THIS CASE ONLY BY**
                                             )    **ATTORNEY NOT ADMITTED**
12  PRIME TRUST, LLC; and DOES 1-10,         )    **TO THE BAR OF THIS COURT**
                                             )    **AND DESIGNATION OF**
13                                           )    **LOCAL COUNSEL**
             Defendant(s).                   )
14                                           )    FILING FEE IS $250.00

15

16        _____Cristopher W. Ray_____, Petitioner, respectfully represents to the Court:
                  (name of petitioner)

17

18       1.     That Petitioner is an attorney at law and a member of the law firm of

19              _____McDermott Will & Schulte LLP_____
                                    (firm name)

20   with offices at _____One Vanderbilt Avenue_____,
                                        (street address)

21       _____New York_____,    _____New York_____,    ___10017___,
                (city)                      (state)              (zip code)

22

23        ___212-547-5400___,    ___cray@mwe.com___.
          (area code + telephone number)    (Email address)

24

25       2.     That Petitioner has been retained personally or as a member of the law firm by

26              _____Prime Trust, LLC_____ to provide legal representation in connection with
                        [client(s)]

27   the above-entitled case now pending before this Court.

28                                                                        Rev. 5/16

3.    That since _____July, 2020_____, Petitioner has been and presently is a
                              (date)
member in good standing of the bar of the highest Court of the State of _____New York_____
                                                                                    (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| New York Appellate Division, First Department | July 27, 2020 | 5790605 |
| Southern District of New York | December 7, 2021 | |
| Eastern District of New York | December 15, 2021 | |
| | | |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

| None |
| --- |
|  |
|  |

7.    That Petitioner is a member of good standing in the following Bar Associations.

| New York |
| --- |
|  |
|  |

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
| --- | --- | --- | --- |
| None | | | |
|  | | | |
|  | | | |
|  | | | |
|  | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1       That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2   FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                       _____

    STATE OF _____New York_____ )                                          Petitioner's signature

5                                  )

    COUNTY OF _____New York_____ )

6

7           _____Cristopher W. Ray_____, Petitioner, being first duly sworn, deposes and says:

8   That the foregoing statements are true.

9                                                  _____

10  Subscribed and sworn to before me this                                      Petitioner's signature

11  13ᵗʰ day of November, 2025.

12

13  _____                    PATRICIA LOUGHLIN CORREA

14        Notary Public or Clerk of Court            NOTARY PUBLIC-STATE OF NEW YORK
                                                                No. 01CO4684046
                                                            Qualified in New York County

15                                                          My Commission Expires 11-13-2026

16            **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**

17            **THE BAR OF THIS COURT AND CONSENT THERETO.**

18      Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

19  believes it to be in the best interests of the client(s) to designate _____Joel Z. Schwarz_____,
                                                                                    (name of local counsel)

20  Attorney at Law, member of the State of Nevada and previously admitted to practice before the

21  above-entitled Court as associate resident counsel in this action. The address and email address of

22  said designated Nevada counsel is:

23                          1835 Village Center Circle
    _____,
                                    (street address)

24

25       Las Vegas_____, _____Nevada_____, _____89134_____,
            (city)                                      (state)                    (zip code)

26      702-405-8500_____, _____jschwarz@nvbusinesslaw.com_____.
      (area code + telephone number)                    (Email address)

27

28                             4                                      Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Joel Z. Schwarz _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
David Dunn, Principal of Province Fiduciary Services, LLC, solely in
its capacity as Plan Administrator for the Debtors
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ Joel Z. Schwarz
_____
Designated Resident Nevada Counsel's signature

9181          jschwarz@nvbusinesslaw.com
_____
Bar number          Email address

APPROVED:

Dated: this 19th day of November, 20 25.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16