**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AUSTIN WARD, DAVID KREVAT, and NABIL MOHAMAD, individually and on behalf of others similarly situated<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>PRIME TRUST, LLC; and DOES 1-10,<br><br>　　　　　Defendant(s). | Case #2:22-cv-02034-APG-EJY<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

　　　　__JOSEPH B. EVANS__, Petitioner, respectfully represents to the Court:
　　　　　(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

__MCDERMOTT WILL & SCHULTE LLP__
(firm name)

with offices at __One Vanderbilt Avenue__,
(street address)

__New York__, __New York__, __10017__,
(city)　　　　　　　　(state)　　　　　　　　(zip code)

__212-547-5767__, __jbevans@mwe.com__.
(area code + telephone number)　　(Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

__PRIME TRUST, LLC__ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 04/07/2014 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of New York (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| New York State Court | 04/07/2014 | 5221775 |
| USDC- Eastern & Southern District of NY | 11/05/2014 | JE7267 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

7. That Petitioner is a member of good standing in the following Bar Associations.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body, or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____New York____ )
COUNTY OF ____New York____ )

____Joseph B. Evans____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

13th day of November, 2025.

_____
Notary Public or Clerk of Court

PATRICIA LOUGHLIN CORREA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CO4684046
Qualified in New York County
My Commission Expires 11-13-2026

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____JOEL Z. SCHWARZ____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____1835 Village Center Circle____,
(street address)

____Las Vegas____, ____Nevada____, ____89134____,
(city) (state) (zip code)

____702-405-8500____, ____jschwarz@nvbusinesslaw.com____.
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Joel Z. Schwarz_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
David Dunn, Principal of Province Fiduciary Services, LLC, solely in its capacity as Plan Administrator for the Debtors
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ Joel Z. Schwarz
Designated Resident Nevada Counsel's signature

9181                    jschwarz@nvbusinesslaw.com
Bar number              Email address

APPROVED:

Dated: this __19th__ day of __November__, 20__25__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16