**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

AUSTIN WARD, et al.,

Plaintiffs

v.

PRIME TRUST, LLC,

Defendant

Case No.: 2:22-cv-02034-APG-EJY

**Order for Status Report**

This case has been stayed for years after the defendant filed a notice of bankruptcy. ECF Nos. 54, 56. I direct the parties to confer on whether this case has been resolved through the bankruptcy proceedings and should therefore be closed, whether it should remain open, or whether it should be administratively closed without prejudice to any party reopening the case if it is not resolved through the bankruptcy proceeding.

I THEREFORE ORDER that by September 28, 2026, the parties must file a joint status report addressing these issues. If the parties disagree, they can state their opposing positions in the joint status report.

DATED this 2nd day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE