**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

AUSTIN WARD, et al.,

Plaintiffs

v.

PRIME TRUST, LLC,

Defendant

Case No.: 2:22-cv-02034-APG-EJY

**Order Administratively Closing Case**

Pursuant to the parties' joint status report (ECF No. 80) in which they agree this case should be administratively closed without prejudice to reopening in the future,

I ORDER the clerk of court to administratively close this case. The administrative closure is without prejudice to any party moving to reopen the case if the parties' dispute is not resolved through the related bankruptcy proceeding.

DATED this 29th day of September, 2026.

_______________________________
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE